AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) |
| William T. Walters, a/k/a "Billy" | ) |
| *Defendant* | ) |

Case No.    16 Cr. 338 (PKC)

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William T. Walters

Date:    05/19/2016

/s/ Barry Berke
*Attorney's signature*

Barry Berke BB-1421
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Address*

bberke@kramerlevin.com
*E-mail address*

(212) 715-9100
*Telephone number*

(212) 715-8000
*FAX number*