AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No.  16 Cr. 338 (PKC) |
| William T. Walters, a/k/a "Billy" | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William T. Walters

Date: 05/19/2016

/s/ Paul Schoeman
*Attorney's signature*

Paul Schoeman PS-3715
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Address*

pschoeman@kramerlevin.com
*E-mail address*

(212) 715-9100
*Telephone number*

(212) 715-8000
*FAX number*