```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 1 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

UNITED STATES OF AMERICA

                v.

WILLIAM T. WALTERS,
    a/k/a "Billy,"

                Defendant.

———————————————————————— x

S1 16 Cr. 338 (PKC)

**ACKNOWLEDGMENT AND AGREEMENT**

      I, Joshua Page Armbruster, am employed as a private pilot for Mr. William T. Walters. I understand and acknowledge that Mr. Walters has been released on bond subject to certain conditions, including a condition restricting his travel to the continental United States of America. I further understand and acknowledge that it would be a violation of the conditions of Mr. Walters' release for him to travel, by means of private plane or otherwise, outside the continental United States without prior authorization of the Court. I agree that I will not fly Mr. Walters to any destination outside the continental United States while the conditions of his release limiting his travel to the continental United States remain in effect.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 1, 2016
          New York, New York

                                              By: _____
                                                      Joshua Page Armbruster