SatoTravel.

**Your Itinerary**

Trip on May 29, 2014                    Locator **BOFCCD**    Date **May 28, 2014**

| | |
|---|---|
| Traveler | **MICHAEL HOWARD** |
| | ATTN-MICHAEL HOWARD |
| | 80-02 KEW GARDENS RD |
| | KEW GARDENS, NY 11415 |
| | FBI |
| Customer Number | Q31294J |
| Agent | 02 |

*TICKET PURCHASE WITH CA     1246*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*******************************************

AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO AN INDIVIDUALLY BILLED ACCOUNT

### Thursday, May 29, 2014                    Confirmation **HZ8K7P**



**Flight DELTA AIR LINES INC 7331**

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW YORK LGA, NY** | **COLUMBUS, OH** |
| 8:30 AM, May 29, 2014 | 10:34 AM, May 29, 2014 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 02 04 (Non-stop) |
| Equipment | Embraer Jet |
| Meal Service | None |
| Reserved Seats | 19C (Aisle) |
| Notes | DEP-TERMINAL D |
| | *LGA-CMH OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION |

### Thursday, May 29, 2014                    Confirmation **11646019**



**Hotel QUALITY INN AND SUITES DUBLIN**

| LOCATION | CONTACT |
|---|---|
| **3950 TULLER ROAD** | Tel 614-764-0770 |
| **COLUMBUS, OH US 43017** | Fax 614-764-0799 |

| | |
|---|---|
| Reserved For | MICHAEL HOWARD |
| Status | Confirmed |
| Check-In | May 29, 2014 |
| Check-Out | May 30, 2014 |
| Number of Rooms | 1 |
| Rate | USD 94 99/night |
| Cancellation Policy | Cancel 24 hours prior |
| Notes | CANCEL 24HRS PRIOR TO 4PM LOCAL HTL TIME DAY OF ARRIVAL |
| Directions | PORT COLUMBUS INTL AIRPORT |

### Friday, May 30, 2014                    Confirmation **HZ8K7P**



**Flight DELTA AIR LINES INC 4944**

| DEPARTURE | ARRIVAL |
|---|---|
| **COLUMBUS, OH** | **NEW YORK LGA, NY** |
| 6:54 PM, May 30, 2014 | 8:42 PM, May 30, 2014 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01 48 (Non-stop) |

| | |
|---|---|
| Equipment | CRJ-700 Canadair Reg Jet |
| Meal Service | None |
| Reserved Seats | 14C (Aisle) |
| Notes | ARR-TERMINAL D |
| | *CMH-LGA OPERATED BY EXPRESSJET DBA DELTA CONNECTION |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| HOWARD MICHAEL | L297759/0067455447550/28MAY14 | ▓ | ▓ | ▓ | ▓ | ▓ |

Total Amount ▓

Form of Payment: CAXXXXXXXXXXXX1246

**GENERAL INFORMATION**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*TO BOOK RESERVATIONS ONLINE PLEASE VISIT\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CWTSATOTRAVEL.COM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED

TRANSACTION FEES ARE NONREFUNDABLE

UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS

GOVERNMENT ISSUED ID IS REQUIRED

FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV

...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......

........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS \*\*\* SABRE OV4C ......
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 800-696-7286 MON-FRI 700A-700P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-800-696-7286 AND PRESS OPTION 1

\*\*\*\*IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE\*\*\*
\*\*\*\*\*\*\* CALL COLLECT TO 210-877-3362 \*\*\*\*\*\*\*\*\*\*\*\*\*\*
---------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
---------------------------------------------
.
\*\*\*DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS\*\*