

**Travel.**

**Your Itinerary**

2014                                           Locator: **FOOZNW**        Date: **May 28, 2014**

Traveler            **GAVIN P SHEA**
                    FBI
Customer Number     Q31294J
Agent               63

*TICKET PURCHASE WITH CA. . . .5511*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*****************************************
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO AN INDIVIDUALLY BILLED ACCOUNT

## Thursday, May 29, 2014                           Confirmation **FOOZNW**


### Flight AMERICAN AIRLINES 119

| DEPARTURE | | ARRIVAL |
|---|---|---|
| NEW YORK JFK, NY | | DALLAS/F.WORTH,TX |
| 8:29 AM, May 29, 2014 | | 11:14 AM, May 29, 2014 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 03:45 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 22C (Aisle) |
| Notes | DEP-TERMINAL 8 |
| | ONEWORLD |

## Thursday, May 29, 2014                           Confirmation **61727505**


### Hotel CROWNE PLAZA DALLAS DOWNTOWN

| LOCATION | CONTACT |
|---|---|
| 1015 ELM STREET | Tel 1-214-742-5678 |
| DALLAS, TX US 75202 | Fax 1-214-744-6167 |

| | |
|---|---|
| Reserved For | GAVIN P SHEA |
| Status | Confirmed |
| Check-In | May 29, 2014 |
| Check-Out | May 31, 2014 |
| Number of Rooms | 1 |
| Rate | USD 99.00/night |
| Cancellation Policy | Cancel by 6PM |
| Directions | DALLAS LOVE FIELD |

## Saturday, May 31, 2014                          Confirmation **HVZ2YB**


### Flight DELTA AIR LINES INC 3324

| DEPARTURE | | ARRIVAL |
|---|---|---|
| DALLAS/F.WORTH,TX | | NEW YORK JFK, NY |
| 10:37 AM, May 31, 2014 | | 3:19 PM, May 31, 2014 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 03 42 (Non-stop) |
| Equipment | CR9 |
| Meal Service | Refreshment For Purchase |
| Notes | DEP-TERMINAL E |

ARR-TERMINAL 2
*DFW-JFK OPERATED BY ENDEAVOR AIR DBA DELTA CONNECTION
SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| SHEA GAVIN P | ι297676/0017455298723/28MAY14 | ▓ | ▓ | ▓ | ▓ | ▓ |
| | | | | | **Total Amount** | ▓ |

Form of Payment: CAXXXXXXXXXXXXX5511

**GENERAL INFORMATION**
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
******************CWTSATOTRAVEL.COM********************
.................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.................................................
TRANSACTION FEES ARE NONREFUNDABLE
.................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.................................................
GOVERNMENT ISSUED ID IS REQUIRED
.................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.................................................
.................................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.................................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
*****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 800-696-7286 MON-FRI 700A-700P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-800-696-7286 AND PRESS OPTION 1
.................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3362 ***************
------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
------------------------------------------
.
***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

**Carlson Wagonlit Travel   SatoTravel.**

# Your Itinerary

**Trip on May 30, 2014**                    Locator: **IJMXGE**         Date: **May 30, 2014**

| | |
|---|---|
| Traveler | **GAVIN P SHEA** |
| | FBI |
| Customer Number | Q31294J |
| Agent | 89 |

```
*TICKET PURCHASE WITH CA.......5511*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*****************************************
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO AN INDIVIDUALLY BILLED ACCOUNT.
```

**Friday, May 30, 2014**                                    Confirmation **IJMXGE**


### Flight AMERICAN AIRLINES 1138

| DEPARTURE | ARRIVAL |
|---|---|
| **DALLAS/F.WORTH,TX** | **NEW YORK LGA, NY** |
| **11:35 AM, May 30, 2014** | **4:00 PM, May 30, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 03:25 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | ARR-TERMINAL B |
| | ONEWORLD |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| SHEA GAVIN P | :298889/0017455779485/30MAY14 | | | | | |



|  |  |
|---|---|
| **Total Amount** | **213.00** |

Form of Payment: CAXXXXXXXXXXXX5511

**GENERAL INFORMATION**
```
*********************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
******************CWTSATOTRAVEL.COM********************
```
....................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED

....................................
TRANSACTION FEES ARE NONREFUNDABLE

....................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS

....................................
GOVERNMENT ISSUED ID IS REQUIRED

....................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV

....................................
....................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....