FD 1103
TRIP # 14 095131
Request Date 05/28/2014
Current Stage  Reimbursement Approved Archive

# Travel Summary for MICHAEL HOWARD

## Traveler Information

**Who is traveling?** Bureau Employee      **Division/ Field Office:** NEW YORK CITY
**Last Name:** HOWARD                      **Cost Code:** 3540
**First Name:** MICHAEL                    **Squad/RA Code:** 3613
**Middle Name:**

**Please provide a short explanation for travel requested.** Operational travel to interview investigative subjects
**Is the traveler the head of an FO (ADIC or SAC)?** No
**Is the travel request within the traveler's area of responsibility?** N/A

## Itinerary

**Official Travel Start Date:** 05/29/2014        **Official Travel End Date:** 05/30/2014
**Travel Type:** Round Trip

| Depart Date | Depart City | Depart State | Depart Country | Arrival Date | Dest. City | Dest. State | Dest. Country |
|---|---|---|---|---|---|---|---|
| 05/29/2014 | ▇ | ▇ | UNITED STATES | 05/29/2014 | DUBLIN | OH | UNITED STATES |
| 05/30/2014 | DUBLIN | OH | UNITED STATES | 05/30/2014 | ▇ | ▇ | UNITED STATES |

☐ Traveler will be conducting personal travel outside of their official travel dates (i.e - personal travel prior to the start or end of the official travel date, regardless of location)
☐ Traveler will be conducting personal travel to an alternate location in addition to business travel locations (indirect travel).
☐ Travel is within 50 miles of the traveler's residence or permanent duty station
☐ Travel is part of a 60 day TDY

**GETA #:**

## Funding and Expenses

**Total Estimated Expenses:** ▇           **Funding Division:** NEW YORK CITY
**Total Actual Expenses:** ▇              **Program:** YF
**Total Reimbursement Amount:** ▇         **Subprogram:** L4
**Case ID #:** 318DNY306659               **TR Type:** TR11: Division Operational Travel

| Type | GSA Location | Expense Start Date | Expense End Date | Estimated Cost | Actual Cost | Receipt Required | Paid By GTA | Reimbursement Amount | Advance of Funds | Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | | 05/29/2014 | 05/30/2014 | ▇ | ▇ | Yes | No | ▇ | No | 0 |
| Lodging | UNITED STATES, OH COLUMBUS | 05/29/2014 | 05/30/2014 | ▇ | ▇ | Yes | No | ▇ | No | 0 |
| Lodging Taxes | | 05/29/2014 | 05/30/2014 | ▇ | ▇ | No | No | ▇ | No | 0 |

FD 1103

# Travel Summary for
# MICHAEL HOWARD

TRIP #   14-095131

Request Date   05/28/2014

Current Stage   Reimbursement Approved Archive

| Type | GSA Location | Expense Start Date | Expense End Date | Estimated Cost | Actual Cost | Receipt Required | Paid By GTA | Reimbursement Amount | Advance of Funds | Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| M and IE | UNITED STATES, OH, COLUMBUS | 05/29/2014 | 05/30/2014 | ▇▇▇ | ▇▇▇ | No | No | ▇▇▇ | No | 0 |
| Parking |  | 05/29/2014 | 05/30/2014 | ▇▇▇ | ▇▇▇ | No | No | ▇▇▇ | No | 0 |

**How did you book your travel?**           Phone with Carlson

Please list reason for booking over the phone:  Last Minute Travel (within 72 hours)

## Supplemental Forms Required

☐ Cost Comparison Form

☐ Foreign Air Carrier Form

☐ Premium Class Travel Form

☐ Lodging in Excess of GSA Form

☐ Indirect Travel Form

☐ 50 Mile Waiver Form

FD 1103
TRIP # 14 095131
Request Date 05/28/2014
Current Stage Reimbursement Approved Archive

# Travel Summary for MICHAEL HOWARD

## Approvals

| Stage | Approver Name | Date/Time | Decision |
|---|---|---|---|
| Finance Office 2nd Review of Actual Expenses | ████████████ | 06/04/2014 02:34:18 | TRIP approved, no supplemental forms required. |
| Finance Office Review of Actual Expenses | ████████████ | 06/04/2014 02:20:04 | TRIP approved, no supplemental forms required. |
| Supervisor Approval of Actual Expenses | LEFF, DOUGLAS (NY) (FBI) | 06/04/2014 11:10:52 | TRIP approved, no supplemental forms required. |
| Supervisor Approval of Actual Expenses | CHAVES, DAVID A. (NY) (FBI) | 06/04/2014 09 16 31 | TRIP approved, no supplemental forms required. |
| Finance Office Review of Request | ████████████ | 05/29/2014 10:59:53 | TRIP approved, no supplemental forms required. |
| Supervisor Review of Travel Request | LEFF, DOUGLAS (NY) (FBI) | 05/29/2014 09.24:09 | TRIP approved, no supplemental forms required |
| Supervisor Review of Travel Request | CHAVES, DAVID A. (NY) (FBI) | 05/29/2014 09:22:44 | TRIP approved, no supplemental forms required. |