FD-1103
TRIP #: 14-095110
Request Date: 05/28/2014
Current Stage: Reimbursement Approved Archive

# Travel Summary for GAVIN SHEA

## Traveler Information

| | | | |
|---|---|---|---|
| **Who is traveling?** | Bureau Employee | **Division/ Field Office:** | NEW YORK CITY |
| **Last Name:** | SHEA | **Cost Code:** | 3540 |
| **First Name:** | GAVIN | **Squad/RA Code:** | 3613 |
| **Middle Name:** | P | | |

**Please provide a short explanation for travel requested.** Travel to Dallas, Texas to conduct an interview in support of 318D-NY-306659

**Is the traveler the head of an FO (ADIC or SAC)?** No
**Is the travel request within the traveler's area of responsibility?** N/A

## Itinerary

**Official Travel Start Date:** 05/29/2014    **Official Travel End Date:** 05/31/2014
**Travel Type:** Round Trip

| Depart Date | Depart City | Depart State | Depart Country | Arrival Date | Dest. City | Dest. State | Dest. Country |
|---|---|---|---|---|---|---|---|
| 05/29/2014 | ▇ | ▇ | UNITED STATES | 05/29/2014 | DALLAS | TX | UNITED STATES |
| 05/31/2014 | DALLAS | TX | UNITED STATES | 05/31/2014 | ▇ | ▇ | UNITED STATES |

☐ Traveler will be conducting personal travel outside of their official travel dates (i.e. - personal travel prior to the start or end of the official travel date, regardless of location)
☐ Traveler will be conducting personal travel to an alternate location in addition to business travel locations (indirect travel).
☐ Travel is within 50 miles of the traveler's residence or permanent duty station.
☐ Travel is part of a 60 day TDY.

**GETA #:**

## Funding and Expenses

| | | | |
|---|---|---|---|
| **Total Estimated Expenses:** | ▇ | **Funding Division:** | NEW YORK CITY |
| **Total Actual Expenses:** | $▇ | **Program:** | YF |
| **Total Reimbursement Amount:** | $▇ | **Subprogram:** | L4 |
| **Case ID #:** 318DNY306659 | | **TR Type:** | TR11: Division Operational Travel |

| Type | GSA Location | Expense Start Date | Expense End Date | Estimated Cost | Actual Cost | Receipt Required | Paid By GTA | Reimbursement Amount | Advance of Funds | Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | | 05/29/2014 | 05/31/2014 | ▇ | ▇ | Yes | No | ▇ | No | 0 |
| Lodging | UNITED STATES, TX, DALLAS | 05/29/2014 | 05/31/2014 | ▇ | ▇ | Yes | No | ▇ | No | 0 |
| Lodging Taxes | | 05/29/2014 | 05/30/2014 | ▇ | ▇ | No | No | ▇ | No | 0 |

FD 1103

TRIP #  14-095110

Request Date  05/28/2014

# Travel Summary for GAVIN SHEA

Current Stage   Reimbursement Approved Archive

| Type | GSA Location | Expense Start Date | Expense End Date | Estimated Cost | Actual Cost | Receipt Required | Paid By GTA | Reimbursement Amount | Advance of Funds | Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| M and IE | UNITED STATES, TX, DALLAS | 05/29/2014 | 05/30/2014 | ■ | ■ | No | No | ■ | No | 0 |
| Other | | 05/29/2014 | 05/31/2014 | ■ | ■ | No | No | ■ | No | 0 |
| Taxi | | 05/29/2014 | 05/29/2014 | ■ | ■ | Yes | No | ■ | No | 0 |

**How did you book your travel?**         Phone with Carlson

Please list reason for booking over the phone: Last Minute Travel (within 72 hours)

### Supplemental Forms Required

☐ Cost Comparison Form

☐ Foreign Air Carrier Form

☐ Premium Class Travel Form

☐ Lodging in Excess of GSA Form

☐ Indirect Travel Form

☐ 50 Mile Waiver Form

FD 1103

TRIP # 14-095110

Request Date 05/28/2014

Current Stage  Reimbursement Approved Archive

# Travel Summary for GAVIN SHEA

## Approvals

| Stage | Approver Name | Date/Time | Decision |
|---|---|---|---|
| Finance Office 2nd Review of Actual Expenses | [redacted] | 06/18/2014 12:42:56 | TRIP approved, no supplemental forms required. |
| Finance Office Review of Actual Expenses | [redacted] | 06/18/2014 11:14:11 | TRIP approved, no supplemental forms required. |
| Supervisor Approval of Actual Expenses | LEFF, DOUGLAS (NY) (FBI) | 06/16/2014 08:51:30 | TRIP approved, no supplemental forms required. |
| Supervisor Approval of Actual Expenses | CHAVES, DAVID A (NY) (FBI) | 06/13/2014 10:15 18 | TRIP approved, no supplemental forms required. |
| Finance Office Review of Request | [redacted] | 05/29/2014 10:56:39 | TRIP approved, no supplemental forms required. |
| Supervisor Review of Travel Request | LEFF, DOUGLAS (NY) (FBI) | 05/29/2014 09.24:36 | TRIP approved, no supplemental forms required. |
| Supervisor Review of Travel Request | CHAVES, DAVID A. (NY) (FBI) | 05/29/2014 09:23:20 | TRIP approved, no supplemental forms required. |