| | |
|---|---|
| **From:** | Thoresen, Matthew A. |
| **Sent:** | Wednesday, May 28, 2014 12:32 AM |
| **To:** | ███████████ Rom, Edmund H. |
| **Subject:** | Re: WSJ |
| | |
| **Categories:** | Pert |

Whomever is leaking, apparently has a specific and aggressive agenda in that they are now going to other media outlets in an effort to derail this investigation.

----- Original Message -----
From: ███████████
To: Rom, Edmund H.; Thoresen, Matthew A.
Sent: Tue May 27 21:25:25 2014
Subject: Fw: WSJ

Just can't win. Let's discuss in morning.

███

----- Original Message -----
From: Leff, Douglas A.
To: ███████████
Sent: Tue May 27 21:23:09 2014
Subject: Re: WSJ

I can't see how we could not notify WSJ. You're obviously fit to handle the conf call yourself but if you let me know the time I'll call in also if I can but I'll be tied up for a while in the AM.

----- Original Message -----
From: ███████████
To: Leff, Douglas A.
Sent: Tue May 27 21:20:50 2014
Subject: WSJ

Doug,

Just got off phone with Anjan. We now have another media outlet (NY Times) inquiring on today's matter. A call was made to SEC SF by the Times earlier today asking about some aspects of the case. The SEC Regional Director contacted Anjan to report this.

We'll have a conference call in morning to discuss but the prevailing thought would be to notify the WSJ of the inquiry as we promised. It will set in motion the need to make immediate approaches of some of the targets within the next few days.

Let me know if you want to be on the call otherwise I'll brief you following.

Thanks,

CDN00170877