**From:** Zabel, Richard (USANYS)
**Sent:** Thursday, May 29, 2014 4:48 PM
**To:** Margolin, James (USANYS); Sahni, Guruanjan (USANYS); Kim, Joon (USANYS); Reisner, Lorin (USANYS); Goldstein, Katherine (USANYS); Kasulis, Telemachus (USANYS)
**Cc:** Richardson, Jerika (USANYS) 2; Feuerstein, Betsy (USANYS)
**Subject:** RE: Wire/WSJ

As I mentioned to Jim, the WSJ (Rothfeld) just called and said they know we are working on ▇ with the FBI. I gave a lot of no comments but listened. They seem to be struggling with how to explain the insider trading theory and wanted to discuss it which I declined to do. They also seem to feel they have all the essential elements correct of the story. He mentioned ▇ Walters ▇. He said the "whole thing began with ▇" He did not mention ▇. I told him if he wanted an office no comment then he had to speak to Jim.

---

**From:** Margolin, James (USANYS)
**Sent:** Thursday, May 29, 2014 4:21 PM
**To:** Sahni, Guruanjan (USANYS); Zabel, Richard (USANYS); Kim, Joon (USANYS); Reisner, Lorin (USANYS); Goldstein, Katherine (USANYS); Kasulis, Telemachus (USANYS)
**Cc:** Richardson, Jerika (USANYS) 2; Feuerstein, Betsy (USANYS)
**Subject:** RE: Wire/WSJ

Peter called the Journal (Pulliam) a little while ago after SAC Rich Frankel called him and essentially ordered him to call. Frankel felt that, in light of the information about Ben Protess contacting the SEC, the FBI had an obligation to tell the Journal another journalist had contacted a different entity in the government about the same subject matter. (Peter's inclination had been to wait, at least until the approaches had been made, since logically, Ben Protess isn't going to run a story in the Times without contacting the FBI or us or both. Frankel apparently didn't see it that way.)

Anjan: Peter clarified about the Journal's likely course of action and timing. Pulliam told him they would *probably* do something tomorrow for Saturday's Weekend Journal, but he thought they might wait. He also anticipates her calling him again, which would give him an opportunity to emphasize that there's no indication the other journalist is near ready to actually report anything.

---

**From:** Sahni, Guruanjan (USANYS)
**Sent:** Wednesday, May 28, 2014 11:26 PM
**To:** Margolin, James (USANYS); Zabel, Richard (USANYS); Kim, Joon (USANYS); Reisner, Lorin (USANYS)
**Cc:** Goldstein, Katherine (USANYS); Kasulis, Telemachus (USANYS)
**Subject:** Re: Wire/WSJ

Thanks, Jim. We still don't know Protess's timing, but perhaps John Nester will learn more tomorrow.

---

**From:** Margolin, James (USANYS)
**Sent:** Wednesday, May 28, 2014 10:52 PM Eastern Standard Time
**To:** Sahni, Guruanjan (USANYS); Zabel, Richard (USANYS); Kim, Joon (USANYS); Reisner, Lorin (USANYS)
**Cc:** Goldstein, Katherine (USANYS); Kasulis, Telemachus (USANYS)
**Subject:** Re: Wire/WSJ

Peter hadn't talked to WSJ as of early this evening, and was trying to wait till the approaches were done. Since no one at FBI or with us had heard from Protess, he felt it wasn't necessary to contact WSJ about someone else being on the verge of reporting.

1