| | |
|---|---|
| **From:** | Zabel, Richard (USANYS) |
| **Sent:** | Thursday, June 12, 2014 11:12 AM |
| **To:** | Bharara, Preet (USANYS); Kim, Joon (USANYS); Reisner, Lorin (USANYS); Sahni, Guruanjan (USANYS); Goldstein, Katherine (USANYS); Margolin, James (USANYS) |
| **Subject:** | Protess |

Just had a good but astonishing conversation with him. Among other things, he was quite upset to have to walk back his story and blames an FBI person (and it sounds like an agent) whom he saays they have confirmed lied to the NYT and some other news orgs.  He had corroborated the ▇▇▇ info (the subject of the lie) with an SEC person who had confirmed it mistakenly and has now acknowledged the mistake and is apologetic. He actually said he thinks the FBI person ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ did not like being called out for lying or the story being walked back and was a bit threatening saying Ben and the NYT are "on the radar.". I don't think this should be discussed generally right now for a number of reasons but obviously we need to discuss and will need to address this with the FBI.

1