

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2016

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 1020
New York, New York 10007

    Re:    *United States* v. *Walters*,
            **S1 16 Cr. 338 (PKC)**

Dear Judge Castel:

    In response to the Court's suggestion at the conference on December 21, 2016, the Government is re-filing a corrected version of its redacted, previously *ex parte,* submission dated December 16, 2016 (the "Submission"). On December 20, the Government publicly filed the Submission with redactions and also, pursuant to the Court's order earlier that day, with the name of the Special Agent anonymized. Although the redactions were apparent, we did not indicate in that document that the Special Agent's name had been anonymized. Accordingly, the Government attaches to this letter a corrected version of the Submission that notes in brackets the anonymization of the Special Agent's name and position. There are no other changes to the Submission.

                                       Respectfully submitted,

                                       PREET BHARARA
                                       United States Attorney

              By:               /s/
                               Joan M. Loughnane
                               Daniel S. Goldman
                               Michael Ferrara
                               Assistant U.S. Attorneys
                               (212) 637-2265/2289/2526

Cc:    Barry Berke, Esq.
        Paul Schoeman, Esq.