

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2017

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 1020
New York, New York 10007

    Re:    *United States* v. *Walters*,
            S1 16 Cr. 338 (PKC)

Dear Judge Castel:

    Pursuant to the Court's order dated January 3, 2017, the Government attaches to this letter and hereby files publicly a version of the *ex parte* submission dated December 16, 2016 that includes the name and position of the Special Agent. The Government previously provided this version to the Court and defense counsel on December 20, 2016.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney

          By:      _____
                           Joan M. Loughnane
                           Daniel S. Goldman
                           Michael Ferrara
                           Assistant U.S. Attorneys
                           (212) 637-2265/2289/2526

Cc:    Barry Berke, Esq.
        Paul Schoeman, Esq.