| | |
|---|---|
| **From:** | Thoresen, Matthew A. |
| **Sent:** | Sunday, June 01, 2014 8:39 PM |
| **To:** | Kasulis, Telemachus (USANYS) |
| **Subject:** | RE: WSJ |
| | |
| **Categories:** | Pert |

Deplorable and reprehensible.

**From:** Kasulis, Telemachus (USANYS) [mailto:Telemachus.Kasulis@usdoj.gov]
**Sent:** Sunday, June 01, 2014 8:37 PM
**To:** Thoresen, Matthew A.
**Subject:** Re: WSJ

Thanks.

**From:** Thoresen, Matthew A. [mailto:Matthew.Thoresen@ic.fbi.gov]
**Sent:** Sunday, June 01, 2014 08:35 PM
**To:** Kasulis, Telemachus (USANYS)
**Subject:** WSJ

http://online.wsj.com/articles/insider-trading-probe-1401665146?mod=WSJ_hp_LEFTWhatsNewsCollection

# Insider-Trading Probe Hits Snag
## News of Investigation Derails Effort to Deploy Wiretaps

- Email
- Print
- 0 Comments
- Facebook
- Twitter
- Google+
- LinkedIn

- smaller
- Larger

By
Michael Rothfeld And
- @mrothfeld
- michael.rothfeld@wsj.com
- Biography
Susan Pulliam
- Susan.Pulliam@wsj.com
- Biography

CONNECT
- Michael Rothfeld
- @mrothfeld
- michael.rothfeld@wsj.com
- Biography

1

CDN00170646