| | |
|---|---|
| **From:** | Venizelos, George C. |
| **Sent:** | Sunday, June 01, 2014 10:34 PM |
| **To:** | Frankel, Richard M.; Sinos, Christos G.; Donald, J. Peter; Foelsch, Joseph D.; Chaves, David A. |
| **Subject:** | Fw: WSJ: Insider-Trading Probe Hits Snag News of Investigation Derails Effort to Deploy Wiretaps |
| **Categories:** | Pert |

This new article takes a "not good" situation to a "bad" one. This is now an embarassement to this office. I would first like to meet with SAC Frankel, SSA Sinos and SSA Foelsch at 9am and then be joined by Peter and Dave at 930am tomorrow. It funny how I get all the other articles sent to me but somehow this was missed. We have issues to deal with and they will be address appropiately. See you all tomorrow. Thanks

----- Original Message -----
From: Bharara, Preet (USANYS) <Preet.Bharara@usdoj.gov>
To: Venizelos, George C.
Sent: Sun Jun 01 21:24:57 2014
Subject: Fw: WSJ: Insider-Trading Probe Hits Snag News of Investigation Derails Effort to Deploy Wiretaps

Hey, George, I know you agree these leaks are outrageous and harmful. Let me know what action you want to take together. Hope your weekend was good.

Preet

----- Original Message -----
From: Margolin, James (USANYS)
Sent: Sunday, June 01, 2014 08:50 PM
To: Bharara, Preet (USANYS); Zabel, Richard (USANYS); Kim, Joon (USANYS); Reisner, Lorin (USANYS); Sahni, Guruanjan (USANYS); Goldstein, Katherine (USANYS); Kasulis, Telemachus (USANYS); Richardson, Jerika (USANYS) 2; Feuerstein, Betsy (USANYS)
Subject: WSJ: Insider-Trading Probe Hits Snag News of Investigation Derails Effort to Deploy Wiretaps

http://online.wsj.com/articles/insider-trading-probe-1401665146?mod=WSJ_hp_LEFTWhatsNewsCollection

Insider-Trading Probe Hits Snag
News of Investigation Derails Effort to Deploy Wiretaps

By
Michael Rothfeld And
Susan Pulliam

June 1, 2014 7:25 p.m.

1