UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
: 
UNITED STATES OF AMERICA,          :
                                                                      :     **ECF CASE**
    -v-                            :
                                                                :     S1 16 CR. 338 (PKC)
WILLIAM T. WALTERS                 :
    a/k/a "Billy,"                 :     **NOTICE OF MOTION**
                                                                :
                *Defendant*.        :
                                                                 :
───────────────────────────────── x

        PLEASE TAKE NOTICE that, upon the Declaration of Paul H. Schoeman, Esq., dated February 3, 2017, the exhibits attached thereto, and the accompanying Memorandum of Law, defendant William T. Walters, by his undersigned attorneys, will move this Court before the Honorable P. Kevin Castel, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order precluding the government from introducing at trial purported "other acts" evidence pursuant to Federal Rule of Evidence 404(b).

Dated: New York, New York
       February 3, 2017                       Respectfully submitted,

                                             By:  /s/ Barry H. Berke
                                                  Barry H. Berke
                                                  Paul H. Schoeman

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  1177 Avenue of the Americas
                                                  New York, New York 10036
                                                  (212) 715-9100 (Phone)
                                                  bberke@kramerlevin.com
                                                  pschoeman@kramerlevin.com

                                                  *Counsel for Defendant William T. Walters*