

U.S. Department of Justice

Criminal Division

*Public Integrity Section*                                      *Washington, D.C. 20530*

March 13, 2017

**BY FEDERAL EXPRESS**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York                    [~~**FILED *EX PARTE***~~
Daniel Patrick Moynihan United States Courthouse  ~~**AND UNDER SEAL**~~]
500 Pearl Street, Chambers 1020
New York, NY 10007

      Re:    <u>Leak Investigation</u>: *United States v. Walters*, No. 16-CR-338 (PKC)

Dear Judge Castel,

      This letter is submitted in response to the Court's March 1, 2017 Memorandum and Order in the above-referenced case directing the U.S. Attorney for the Southern District of New York to provide the Court with quarterly updates on the status of this investigation. Because it is handling the Walters prosecution, the U.S. Attorney's Office has been recused from this investigation, and the matter has been assigned to the Public Integrity Section of the Department of Justice's Criminal Division ("PIN").

      In January 2017, PIN opened a criminal investigation into the leak of sensitive law enforcement information in connection with the investigation that led to the Walters case. To the extent that the investigation uncovers evidence of a criminal violation in connection with any related leaks, we will investigate those as well. <u>This investigation is being handled by the undersigned Trial Attorneys in conjunction with █████████████████████ the Department of Justice's Office of the Inspector General.</u> ███████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

      In accordance with the Court's Memorandum and Order, PIN will provide the Court with a further update on the status of the investigation on or before June 14, 2017.

                                          Respectfully submitted,

                                          RAYMOND N. HULSER
                                          Chief, Public Integrity Section

By:     [s/Nicholas Connor    ]
        Nicholas Connor
        Jonathan Kravis
        Trial Attorneys
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, NW
        Washington, DC 20530
        (202) 514-1412