KRAMER LEVIN NAFTALIS & FRANKEL LLP

**MEMO ENDORSED**

BARRY H. BERKE
PARTNER
PHONE 212-715-7560
FAX 212-715-7660
BBERKE@KRAMERLEVIN.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/17
```

June 15, 2017

*Application granted.
SO ORDERED.
[signature]
6-15-17*

VIA ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *United States v. William T. Walters*, No. S1 16 CR. 338 (PKC)

Dear Judge Castel:

We write on behalf of our client, William T. Walters, to respectfully request that his sentencing, presently scheduled for July 14, 2017 at 11a.m., be adjourned to July 27, 2017 at 11a.m. The government consents to this request. If the Court grants the adjournment, the parties propose that Mr. Walters would submit his sentencing memorandum on July 10, 2017 and the government would submit its response on July 20, 2017.

Thank you for your consideration.

Respectfully submitted,

Barry H. Berke

cc: Brooke E. Cucinella,
Daniel S. Goldman,
Michael Ferrara,
  Assistant United States Attorneys (by email)

1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2714 PHONE 212.715.9100 FAX 212.715.8000
990 MARSH ROAD MENLO PARK CA 94025-1949 PHONE 650.752.1700 FAX 650.752.1800
47 AVENUE HOCHE 75008 PARIS FRANCE PHONE (33 1) 44 09 46 00 FAX (33 1) 44 09 46 01
WWW.KRAMERLEVIN.COM