# Exhibit A

```
01 - Rancho Santa Fe Association                                                              Pg 1
                                    Tee Time Management
                                  Member Reservations Report
                                   Rancho Santa Fe Golf Club
                      Wednesday January 1, 2014 to Tuesday July 18, 2017
                                    Sorted By Member Number
                            Include Selected Member Code: ████████
                              Include All Member Status Codes


Reservation  Tee       Reservation                    Reservation       Golfer            Reservation                              Group
Date         Time      Number       Golf Course       Classification    Classification    Status      Holes  Pace Of Play  Reservation  Resp.

000009395 William Walters - Regular Golf -RG
Mar 26/2014  11:00 AM  1000011586   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Apr 12/2014  10:15 AM  1000012200   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
May 11/2014  01:22 PM  1000013614   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
May 17/2014  11:00 AM  1000013874   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Open        18     Not Applicable  No         N/A
Jun 15/2014  10:45 AM  1000015331   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 5/2014   11:00 AM  1000016062   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 6/2014   11:00 AM  1000016235   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Open        18     Not Applicable  No         N/A
Jul 16/2014  11:15 AM  1000016691   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 20/2014  12:30 PM  1000016835   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 26/2014  09:30 AM  1000017080   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Aug 3/2014   10:00 AM  1000017420   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Aug 31/2014  09:52 AM  1000018664   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Sep 1/2014   12:52 PM  1000018825   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  9      Not Applicable  No         N/A
May 13/2015  11:30 AM  1000028356   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
May 16/2015  11:52 AM  1000028447   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
May 17/2015  11:07 AM  1000028493   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
May 23/2015  10:00 AM  1000028689   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
May 24/2015  11:00 AM  1000028690   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
May 25/2015  11:37 AM  1000028838   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jun 6/2015   10:22 AM  1000029348   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jun 7/2015   11:07 AM  1000029382   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jun 13/2015  11:00 AM  1000029517   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jun 14/2015  10:30 AM  1000029773   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jun 18/2015  02:07 PM  1000029966   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  9      Not Applicable  No         N/A
Jun 20/2015  12:15 PM  1000029873   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jun 21/2015  10:07 AM  1000029973   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jun 25/2015  10:30 AM  1000030231   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Open        18     Not Applicable  No         N/A
Jun 26/2015  12:22 PM  1000030302   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jun 27/2015  10:15 AM  1000030305   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jun 27/2015  11:52 AM  1000030232   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Cancelled   18     Not Applicable  No         N/A
Jul 3/2015   12:22 PM  1000030669   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 4/2015   10:22 AM  1000030560   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 5/2015   08:15 AM  1000030561   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 7/2015   12:45 PM  1000030816   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 9/2015   12:15 PM  1000030953   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 11/2015  01:07 PM  1000031119   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  9      Not Applicable  No         N/A
Jul 12/2015  01:00 PM  1000031113   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 14/2015  12:30 PM  1000031240   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 15/2015  10:22 AM  1000031267   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 17/2015  09:52 AM  1000031325   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 19/2015  10:15 AM  1000031299   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 23/2015  11:52 AM  1000031709   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 24/2015  11:52 AM  1000031712   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 25/2015  10:22 AM  1000031711   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Open        18     Not Applicable  No         N/A
Jul 26/2015  10:30 AM  1000031710   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 28/2015  10:00 AM  1000031945   Rancho Santa Fe Golf  Golf Shop     Golf Club Member  Checked In  18     Not Applicable  No         N/A
Jul 30/2015  12:00 PM  1000032080   Rancho Santa Fe Golf  Golf Shop     Tournament        Checked In  18     Not Applicable  No         N/A
July 18,2017  11:15am                                                                                               User: DEREK  Term: G6
```

```
                                             01 - Rancho Santa Fe Association                              Pg 2
                                                   Tee Time Management
                                                 Member Reservations Report
                                                  Rancho Santa Fe Golf Club
                                         Wednesday January 1, 2014 to Tuesday July 18, 2017
                                                    Sorted By Member Number
                                          Include Selected Member Code: ███████
                                              Include All Member Status Codes


Reservation  Tee       Reservation                       Reservation      Golfer            Reservation                              Group
Date         Time      Number       Golf Course          Classification   Classification    Status          Holes Pace Of Play       Reservation   Resp.

000009395 William Walters - Regular Golf -RG (Continued ...)
Aug 1/2015   01:30 PM  1000032204   Rancho Santa Fe Golf  Golf Shop       Tournament        Checked In      18    Not Applicable    No             N/A
Aug 2/2015   12:22 PM  1000032253   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Aug 9/2015   12:00 PM  1000032586   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Aug 11/2015  11:30 AM  1000032642   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Aug 13/2015  12:00 PM  1000032421   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Aug 22/2015  11:15 AM  1000033219   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Aug 23/2015  12:00 PM  1000033317   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Sep 3/2015   07:45 AM  1000033814   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Apr 23/2016  11:07 AM  1000043179   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Cancelled       18    Not Applicable    No             N/A
Apr 24/2016  10:00 AM  1000043180   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Cancelled       18    Not Applicable    No             N/A
May 7/2016   11:22 AM  1000043773   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
May 8/2016   10:07 AM  1000043775   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
May 13/2016  12:37 PM  1000044138   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
May 14/2016  08:15 AM  1000044139   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
May 15/2016  12:00 PM  1000044140   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
May 21/2016  11:45 AM  1000044540   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
May 22/2016  11:52 AM  1000044403   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
May 28/2016  12:52 PM  1000044913   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
May 29/2016  11:52 AM  1000044844   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jun 5/2016   11:30 AM  1000045167   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jun 17/2016  12:22 PM  1000045560   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jul 2/2016   11:30 AM  1000046333   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jul 3/2016   09:15 AM  1000046550   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      9     Not Applicable    No             N/A
Jul 9/2016   12:15 PM  1000046832   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jul 10/2016  12:00 PM  1000046833   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Cancelled       18    Not Applicable    No             N/A
Jul 15/2016  11:15 AM  1000046437   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Cancelled       18    Not Applicable    No             N/A
Jul 16/2016  10:00 AM  1000046439   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jul 22/2016  12:15 PM  1000047647   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jul 23/2016  11:30 AM  1000047670   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Aug 6/2016   11:45 AM  1000048365   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Aug 9/2016   01:07 PM  1000048544   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Aug 14/2016  02:00 PM  1000048841   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Open            18    Not Applicable    No             N/A
Aug 16/2016  12:00 PM  1000048690   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Aug 28/2016  08:37 AM  1000049402   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Sep 3/2016   11:30 AM  1000049551   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Sep 4/2016   09:30 AM  1000049550   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jul 9/2017   10:00 AM  1000061314   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jul 14/2017  11:45 AM  1000061700   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Jul 15/2017  10:00 AM  1000061644   Rancho Santa Fe Golf  Golf Shop       Golf Club Member  Checked In      18    Not Applicable    No             N/A
Total Reservations - 86


                                                   ===== End of Report =====


July 18,2017  11:15am                                                                                        User: DEREK   Term: G6
```