

U.S. Department of Justice

Criminal Division

---

*Public Integrity Section*  *Washington, D.C. 20530*

September 15, 2017

**BY FEDERAL EXPRESS**

The Honorable P. Kevin Castel  
United States District Judge  
Southern District of New York          [~~FILED *EX PARTE*~~  
Daniel Patrick Moynihan United States Courthouse   ~~AND UNDER SEAL~~]  
500 Pearl Street, Chambers 1020  
New York, NY 10007

    Re:    <u>Leak Investigation</u>: *United States v. Walters*, No. 16-CR-338 (PKC)

Dear Judge Castel,

    This letter is submitted pursuant to the Court's March 1, 2017 Memorandum and Order in the above-referenced case directing the government to update the Court on the status of this investigation on a quarterly basis. As this Court is aware, this investigation is being handled by the Public Integrity Section of the Justice Department's Criminal Division ("PIN") and the Department of Justice Office of the Inspector General ("DOJ-OIG").

    Since our June 29th update to the Court, PIN and DOJ-OIG are continuing to investigate ████████████████████████████████████████████████████████████████████████████

    Based on the evidence gathered to this point, the government continues to investigate ████████████████████████████████████████████████████████████████████████████

In accordance with the Court's Memorandum and Order, PIN will provide the Court with a further update on the status of the investigation on or before December 15, 2017.

                                Respectfully submitted,

                                ANNALOU TIROL
                                Acting Chief,
                                Public Integrity Section

By:     [s/Nicholas Connor]
           Nicholas Connor
           Jonathan Kravis
           Trial Attorneys
           Public Integrity Section
           Criminal Division
           U.S. Department of Justice
           1400 New York Avenue, NW
           Washington, DC 20530
           (202) 514-1412