AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No. 1:16cr338 |
| William T. Walters & Thomas C. Davis ) | |
| Defendant ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 05/17/2018

s/ James I. Pearce
*Attorney's signature*

James I. Pearce; NY Bar 5071741
*Printed name and bar number*
U.S. Department of Justice, Public Integrity Section
1400 New York Ave NW
Washington, DC 20530

*Address*

james.pearce@usdoj.gov
*E-mail address*

(202) 532-4991
*Telephone number*

(202) 514-3003
*FAX number*