
U.S. Department of Justice

Criminal Division

---

Public Integrity Section	Washington, D.C. 20530

December 13, 2018

**BY FEDERAL EXPRESS**

The Honorable P. Kevin Castel	
United States District Judge	
Southern District of New York	**FILED *EX PARTE***
Daniel Patrick Moynihan United States Courthouse	**AND UNDER SEAL**
500 Pearl Street, Chambers 1020	
New York, NY 10007

Re: Leak Investigation: *United States v. Walters*, No. 16-CR-338 (PKC)

Dear Judge Castel,

This letter is submitted pursuant to the Court's March 1, 2017 Memorandum and Order in the above-referenced case directing the government to update the Court on the status of this investigation on a quarterly basis. As this Court is aware, this investigation is being handled by the Public Integrity Section of the Justice Department's Criminal Division ("PIN") and the Department of Justice Office of the Inspector General ("DOJ-OIG").



In accordance with the Court's Memorandum and Order, PIN will provide the Court with a further update on the status of the investigation on or before March 15, 2019.

Respectfully submitted,

ANNALOU TIROL

                    Acting Chief,
                    Public Integrity Section

By:    /s/ James I. Pearce
        James I. Pearce
        Edward P. Sullivan
        Trial Attorneys
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, NW
        Washington, DC 20530
        (202) 514-1412