

**U.S. Department of Justice**

Criminal Division

*Public Integrity Section* *Washington, D.C. 20530*

March 14, 2019

**BY FEDERAL EXPRESS**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 1020
New York, NY 10007

**FILED *EX PARTE* AND UNDER SEAL**

Re: Leak Investigation: *United States v. Walters*, No. 16-CR-338 (PKC)

Dear Judge Castel,

This letter is submitted pursuant to the Court's March 1, 2017 Memorandum and Order in the above-referenced case directing the government to update the Court on the status of this investigation on a quarterly basis. As this Court is aware, this investigation is being handled by the Public Integrity Section of the Justice Department's Criminal Division ("PIN") and the Department of Justice Office of the Inspector General ("DOJ-OIG").





In accordance with the Court's Memorandum and Order, PIN will provide the Court with a further update on the status of the investigation on or before June 15, 2019.

Respectfully submitted,

ANNALOU TIROL
Acting Chief,
Public Integrity Section

By: /s/ James I. Pearce
James I. Pearce
Edward P. Sullivan
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW

[2] On January 9, 2017, Chaves went on extended leave from the FBI; he retired in late April 2017.

Washington, DC 20530
(202) 514-1412