

**U.S. Department of Justice**

Criminal Division

*Public Integrity Section*          *Washington, D.C. 20530*

September 13, 2019

**BY FEDERAL EXPRESS**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York      **FILED *EX PARTE***
Daniel Patrick Moynihan United States Courthouse      **AND UNDER SEAL**
500 Pearl Street, Chambers 1020
New York, NY 10007

    Re:      Leak Investigation: *United States v. Walters*, No. 16-CR-338 (PKC)

Dear Judge Castel,

    This letter is submitted pursuant to the Court's March 1, 2017 Memorandum and Order in the above-referenced case directing the government to update the Court on the status of this investigation on a quarterly basis. As this Court is aware, this investigation is being handled by the Public Integrity Section of the Justice Department's Criminal Division ("PIN") and the Department of Justice Office of the Inspector General ("DOJ-OIG").





                                                      Respectfully submitted,

                                                      JOHN D. KELLER
                                                      Acting Chief,
                                                      Public Integrity Section

By:    /s/ James I. Pearce
        James I. Pearce
        Edward P. Sullivan
        Trial Attorneys
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice
        1331 F St. NW
        Washington, DC 20530
        (202) 514-1412