

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 21, 2020

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

>   Re:   United States v. William T. Walters, a/k/a "Billy,"
>         16 Cr. 338 (PKC)

Dear Judge Castel:

The Government respectfully writes to request a two-week adjournment of the deadline to file its opposition to defendant William T. Walters's motion regarding restitution in the above-captioned case. Pursuant to the Court's December 10, 2019 order, the defendant filed his motion regarding restitution on January 3, 2020, and the Government's response is due by January 24, 2020.

The AUSA handling this case recently left the Government for private practice, and a new AUSA has been assigned to this matter. So that the new AUSA may familiarize herself with the case, the Government respectfully requests a two-week extension of the existing deadlines. The Government's response would now be due by February 7, 2020, and the defendant's reply would be due by February 14, 2020. Defense counsel consents to this request. This is the Government's first request for an adjournment.

*Application GRANTED.*
*SO ORDERED*
*/s/ PKC USDJ*
*1-21-20*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  /s/ Margaret Graham
     Margaret Graham
     Assistant United States Attorney
     (212) 637-2923

cc:   Paul H. Schoeman, Esq. (by ECF)