# Kramer Levin



**Paul H. Schoeman**
Partner
T 212.715.9264
F 212.715.8064
PSchoeman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

February 14, 2020

**Via ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
2-14-20

Re: *United States v. William T. Walters*, No. S1 16 Cr. 338 (PKC)

Dear Judge Castel:

      We write on behalf of our client, William T. Walters, to request an extension of time to file our reply brief with respect to Mr. Walters' motion concerning the calculation of restitution in the above-captioned action. The reply memorandum is due today. We respectfully request an extension to February 19, 2020.

      We request the extension in order to be able to respond to the letter filed last night by the Government, which addressed and enclosed Judge Engelmayer's decision earlier this week in *United States v. Afriyie*, 16 Cr. 377 (PAE). (Dkt. No. 294.)

      The government consents to this request.

Respectfully submitted,

/s/ Paul H. Schoeman

Paul H. Schoeman, Esq.

cc: AUSA Margaret Graham (by ECF)