UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                S1 16-cr-338 (PKC)

      -against-

                                                                                                  ORDER

WILLIAM T. WALTERS
    a/k/a "Billy,"

                                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

The Court grants defendant's request for oral argument on it restitution submissions. (Doc. 299). Oral argument will occur telephonically on June 1, 2020 at 2:00 p.m. The call-in information is:

        Dial-in:        (888) 363-4749

        Access Code:   3667981

SO ORDERED.

                                                                        P. Kevin Castel
                                                           United States District Judge

Dated:  New York, New York
          April 23, 2020