UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                      S1 16-cr-338 (PKC)

     -against-

                                      ORDER

WILLIAM T. WALTERS
    a/k/a "Billy,"

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The call-in information for the 11:00 a.m. oral argument on July 30, 2020 is:

        <u>Dial-in</u>:      (888) 363-4749

        <u>Access Code</u>:  3667981


        SO ORDERED.

                                                    P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
          July 14, 2020