# LYNN PINKER HURST SCHWEGMANN

GREG BRASSFIELD
*Associate*

D 214 981 3827
F 214 981 3839
gbrassfield@lynnllp.com

Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
lynnllp.com

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**RE:** *USA v. Walters* **Case No. 1:16-cr-00338 (PKC)**

Dear Judge Castel:

     The Court has set oral argument on the matter of restitution in the above-styled case for October 7, 2020. [Dkt. 306]. We write to report that Walters, Dean Foods, and the Government agree that the Court should enter an award of restitution in favor of Dean Foods in the amount previously awarded: $8,882,022.80. [Dkt. 235]. Walters, Dean Foods, and the Government further request that the Court enter a finding that Walters has satisfied his restitution obligation by way of his prior payment of $8,890,969.33, which was entered in the Judgment Book of the United States District Court for the Southern District of New York on October 10, 2017. [Dkt. 260]. For the Court's information, this agreement was submitted for approval to the United States Bankruptcy Court for the Southern District of Texas – Houston Division which oversees Dean Foods' Chapter 11 bankruptcy proceedings. That court approved the agreement on September 10, 2010. *See In re Southern Foods Group, LLC formerly d/b/a Dean Foods* Case No. 19-36313-DRJ, Dkt. 2954.

     Accordingly, Walters, Dean Foods, and the Government jointly and respectfully request that the Court enter an order awarding Dean Foods $8,882,022.80 in restitution and enter a finding that Walters has fully satisfied that obligation.

Very truly yours,

*/s/ Gregory A. Brassfield*

Gregory A. Brassfield

cc: **<u>VIA ECF</u>**
    Margaret Graham
    United States Department of Justice

    Paul Schoeman
    Attorney for William T. Walters

    **<u>VIA EMAIL</u>**

    Elliot Moskowitz
    elliot.moslowitz@davispolk.com
    Attorney for Dean Foods