# LYNN PINKER HURST SCHWEGMANN

GREG BRASSFIELD
*Associate*

D 214 981 3827
F 214 981 3839
gbrassfield@lynnllp.com

Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
lynnllp.com

September 21, 2020

The proceeding of October 7, 2020 is VACATED.
SO ORDERED.
10/5/2020

_____
P. Kevin Castel
United States District Judge

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *USA v. Walters* **Case No. 1:16-cr-00338 (PKC)**

Dear Judge Castel:

Please see attached Exhibit A and Agreed form of Order regarding restitution.

Very truly yours,

*Gregory A. Brassfield*

Gregory A. Brassfield

cc: **VIA ECF**
Margaret Graham
United States Department of Justice

Paul Schoeman
Attorney for William T. Walters