UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

- v -

WILLIAM T. WALTERS
a/k/a "Billy,"

*Defendant.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

S1 16 Cr. 338 (PKC)

RESTITUTION ORDER

CASTEL, U.S.D.J.

      Having reviewed the parties' submissions, the Court rules as follows: 1. Restitution is GRANTED, in the amount of $8,882,022.80. 2. The Court finds that Walters' prior payment of $8,890,969.33, which was entered in the Judgment Book of the United States District Court for the Southern District of New York on October 10, 2017 [Dkt. 260] fully satisfies the restitution amount granted by this Order and that Walters has no further restitution obligations arising out of or related to this matter.

      SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 5, 2020