RICHARD A. WRIGHT
RUSSELL E. MARSH
MONTI JORDANA LEVY

MARITERESA RIVERA-ROGERS
SUNETHRA MURALIDHARA

# WRIGHT MARSH & LEVY

LAWYERS
300 SOUTH FOURTH STREET
SUITE 701
LAS VEGAS, NEVADA 89101

OF COUNSEL:
MARGARET M. STANISH
MONTE N. STEWART

Ph: 702-382-4004
Fax: 702-382-4800

October 21, 2020

Honorable P. Kevin Castel
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: **United States v. William T. Walters**
Case Number: 16-CR-338-PKC-2
Related Case: 2:16-mj-338-GWF (District of Nevada)

Dear Judge Castel:

    As you may recall, I represented William T. Walters with regards to the above-referenced case. I was admitted *Pro Hac Vice* in this matter on May 27, 2016. *See* ECF 16. There are no pending court dates before the Court. This Court entered a judgment of conviction on July 27, 2017, sentencing Mr. Walters to 60 months in custody. ECF 201.

    We write to you regarding Mr. Walters' cash bond currently with the Clerk of the Court for the Southern District of New York. Originally, this case hailed from the District of Nevada (case number: 2:16-mj-338-GWF). On May 19, 2016, $100,000 cash bond was posted on behalf of Mr. Walters pursuant to the District of Nevada's Court Order. *See* Exhibit A. Mr. Walters was then ordered to appear in the Southern District of New York pursuant to Rule 5 of the Federal Criminal Code and Rules. Mr. Walters timely appeared. The Federal District Court in Nevada ordered its Clerk of the Court to send the $100,000 cash bond to the Southern U.S. District Court of New York.

    We have confirmed that the cash bond was in fact transferred to the Clerk of the Court for the Southern District of New York where it now remains. Through our correspondence with the Clerk of the Court, it advised that an Affidavit must be completed and the original mailed to said Clerk. As of Tuesday, October 20, 2020, we have completed the Affidavit and included a copy of

1

the certificate of cash deposit and receipt sent by Federal Express mail. For the Court's convenience, a copy of these documents is included herein. *See* Exhibit B. The undersigned will be re-sending the Affidavit forthwith to the Clerk of the Court to include the originally executed Affidavit with wet signatures as a copy was originally sent.

This $100,000 is separate and apart from the personal recognizance bond and funds posted pursuant to this Court's Order entered on June 1, 2016. ECF 19.

We have also been in communication with Assistant United States Attorney and Chief of the Securities and Commodities Fraud Task Force, Damian Williams, regarding this matter. We have discussed our request to file a proposed order for the Court's consideration to exonerate Mr. Walters' bond. The government agrees with this request and with the proposed order we now submit for the Court's consideration. *See* Exhibit C.

We appreciate the Court's review of this request. Please contact me should you have any questions or need any additional information.

Respectfully submitted:

WRIGHT MARSH & LEVY

By: _____

Richard A. Wright Esq.
Admitted *Pro Hac Vice*

CC: Assistant United States Attorney and Chief of the Securities and Commodities Fraud Task Force, Damian Williams via e-mail: Damian.Williams@usdoj.gov

# EXHIBIT A

```
           FILED              RECEIVED
           ENTERED             SERVED ON
                      COUNSEL/PARTIES OF RECORD

              JUN 1 5 2016

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
      BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,           )
                                    )
                  Plaintiff,        )
                                    )   Case No. 2:16-mj-338-GWF
        vs.                         )
                                    )   **ORDER**
WILLIAM T. WALTERS,                 )
                                    )
                  Defendant.        )
                                    )

On May 19, 2016, a **$100,000.00** cash bond was posted on behalf of defendant **WILLIAM T. WALTERS**. Defendant **WILLIAM T. WALTERS** was ordered to appear in the **Southern District of New York** pursuant to Rule 5 of the Federal Criminal Code and Rules.

**IT IS SO ORDERED** that the Clerk of Court shall forthwith send the **$100,000.00** cash bond to the following:

> Southern U.S. District Court of New York (Attn: Clerk's Office)
> 500 Pearl Street
> New York, NY 10007-1312
>
> **Re: Case # S1 16-cr-338-(PKC)**

DATED this 15th day of June 2016.

*/s/ George Foley*

GEORGE FOLEY, JR.
United States Magistrate Judge

# EXHIBIT B

UNITED STATES OF AMERICA **Plaintiff**

-vs-

William T. Walters **Defendant**

**AFFIDAVIT**

CASE# S1 16 Cr. 338 (PKC)

STATE OF NEW YORK:
COUNTY OF NEW YORK: SS

I, Susan B. Walters, being duly sworn and depose and say:

That I presently reside at: 9 Corral de Tierra Place, Henderson, NV 89052

and can be reached at (HOME# OR (CELL#)): 702-604-2146

That on the 19th day of May, 2016 deposited with the Clerk of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, the sum of $ 100,000.00 as cash bail.

~~That your deponent's receipt which was given to him/her was lost, and deponent has made due and diligent effort to find the same without success.~~

Your deponent states that he/she has not assigned any moneys to any other person. WHEREFORE, deponent respectfully prays that this Affidavit be accepted in lieu of the original receipt. The receipt from the District of Nevada where the deposit was made is attached hereto.

SWORN TO BEFORE ME THIS

09 DAY OF October 2020

[Notary signature]
NOTARY PUBLIC

Susan B. Walters
PARTICIPANT'S NAME (PRINT)

[Signature: Susan B. Walters]
PARTICIPANT'S SIGNATURE

Christine Baggelaar
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 20-8563-01
My Appt Expires  July 31 2024

```
                    FILED         RECEIVED
                    ENTERED       SERVED ON
                         COUNSEL/PARTIES OF RECORD

                         MAY 19 2016

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                    BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA

V.

William T. Walters

2:16-mj-338-GWF

### CERTIFICATE OF CASH DEPOSIT

1. I, **Susan B. Walters**, herewith tender to the Clerk
   (Name of Depositor)
   of Court for deposit into the Registry Account of this Court cash in the amount of
   $ **100,000.00**.

2. This Cash Deposit:

   A. Is tendered on behalf of: **William T. Walters**;
      (Name of Party)

   B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support
   of Temporary Restraining Order, etc.): **Bond for Court Appearance**

   _____

   _____

   C. Is tendered pursuant to the following Statute, Rule or Court Order: _____

   _____

   _____

   _____

   D. Is conditioned as follows: _____

   _____

   _____

...

1

11/99

...

3. The name and address of the Legal Owner of the cash tendered herewith to whom a refund (if applicable) shall be made is:

Susan B. Walters
2030 East Flamingo, Suite 290
89119 L.V., NV

State of Nevada         )
                        ) ss.
County of _____       )

On _____, 20__, personally appeared before me, a Notary Public, _____

_____
(Name of Depositor)
who acknowledged that (s)he executed the above instrument.

_____
NOTARY PUBLIC

Dated: _____

_____
Signature of Depositor

Dated: 5/19/16

_____
Signature of Attorney for Party or Party Appearing Pro Se (If different from Depositor)

RECEIPT:

Cash as identified herein is hereby acknowledged as being received this date.

Dated: 5/19/16

CLERK, U.S. DISTRICT COURT

By: RJala

Paid Amt $ 100K   Date 5/19/16
Receipt # 2525   Initials RJ

2



```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS042525
Cashier ID: jbanker
Transaction Date: 05/19/2016
Payer Name: Susan Walters

COMM REG MONEY MARKET
For: Susan Walters
Case/Party: D-NVX-2-16-MJ-000338-001
Amount:           $100,000.00

CHECK/MONEY ORDER
Remitter: Susan Walters
Check/Money Order Num: 9895
Amt. Tendered: $100,000.00

Total Due:      $100,000.00
Total Tendered: $100,000.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>WILLIAM T. WALTERS,<br>a/k/a/ "Billy,"<br><br>    *Defendant*. | Case No. S1 16-CR-338 (PKC)<br><br>**[PROPOSED] ORDER** |

CASTEL, U.S.D.J.

    Having reviewed the parties' letter submission, the Court rules as follows:

    WHEREAS, Defendant William T. Walters had $100,000 cash bond posted on his behalf with the Clerk of the Court for the District of Nevada. Pursuant to the District of Nevada's Court Order, said $100,000 cash bond was duly transferred to the Southern U.S. District Court of New York where it remains.

    WHEREAS, cash bond was funded by Mr. Walters' wife, Susan B. Walters, who has sent in an original Affidavit, with a copy of the certificate of deposit and receipt attesting under penalty of perjury that she has not assigned any moneys to any other person and was the individual who originally deposited the funds with the Clerk of the Court.

    WHEREAS, on July 27, 2017, this Court sentenced Defendant to 60 months' incarceration.

    IT IS THEREFORE ORDERED THAT pursuant to Federal Rule of Criminal Procedure 46(g), the conditions of the personal recognizance bond and all other conditions in this case have been satisfied, and all obligors on the bond are hereby EXONERATED. The Clerk of the United States District Court for the Southern District of New York is hereby directed to issue a bond refund check to "Susan B. Walters" in the amount of $100,000 plus any interest that has accrued.

    SO ORDERED.

                                                                    P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York

    _____, 2020.