UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>   v.<br><br>WILLIAM T. WALTERS,<br>a/k/a/ "Billy,"<br><br>   *Defendant*. | Case No. S1 16-CR-338 (PKC)<br><br>[~~PROPOSED~~] ORDER |

CASTEL, U.S.D.J.

  Having reviewed the parties' letter submission, the Court rules as follows:

  WHEREAS, Defendant William T. Walters had $100,000 cash bond posted on his behalf with the Clerk of the Court for the District of Nevada. Pursuant to the District of Nevada's Court Order, said $100,000 cash bond was duly transferred to the Southern U.S. District Court of New York where it remains.

  WHEREAS, cash bond was funded by Mr. Walters' wife, Susan B. Walters, who has sent in an original Affidavit, with a copy of the certificate of deposit and receipt attesting under penalty of perjury that she has not assigned any moneys to any other person and was the individual who originally deposited the funds with the Clerk of the Court.

  WHEREAS, on July 27, 2017, this Court sentenced Defendant to 60 months' incarceration.

  IT IS THEREFORE ORDERED THAT pursuant to Federal Rule of Criminal Procedure 46(g), the conditions of the personal recognizance bond and all other conditions in this case have been satisfied, and all obligors on the bond are hereby EXONERATED. The Clerk of the United States District Court for the Southern District of New York is hereby directed to issue a bond refund check to "Susan B. Walters" in the amount of $100,000 plus any interest that has accrued.

SO ORDERED.

                     _____
                      P. Kevin Castel
                      United States District Judge

Dated: New York, New York
   10-21, 2020.