UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM T. WALTERS,<br>a/k/a/ "Billy,"<br><br>*Defendant*. | Case No. S1 16-CR-338 (PKC)<br><br>[~~PROPOSED~~] ORDER |

CASTEL, U.S.D.J.

Having reviewed the parties' letter submission, the Court rules as follows:

IT IS THEREFORE ORDERED THAT the current ECF 314 be removed and replaced with the redacted version provided to the Court. This version redacts Susan B. Walters' addresses and telephone number.

SO ORDERED.

*/s/ P. Kevin Castel*

P. Kevin Castel
United States District Judge

Dated: New York, New York

_October 23_, 2020.