# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **WILLIAM T. WALTERS**, Reg. No. 25880-048, was convicted in the United States District Court for the Southern District of New York on an indictment (Docket No. S1 16 CR 00338-02 (PKC)) to violations of Sections 78(j)(b) and 78ff, Title 15, Sections 371, 981(a)(1)(C), 1343, and 1349, Title 18, and Section 2461, Title 28, United States Code, for which a total sentence of 60 months' imprisonment, one year's supervised release, a $10,000,000 fine, restitution of $8,882,022.80 (as ordered on October 20, 2017, and amended on October 5, 2020), forfeiture of $25,352,490.00 (as ordered on September 20, 2017) and a special assessment of $1,000.00 was imposed on July 27, 2017; and

*WHEREAS* the said **WILLIAM T. WALTERS** had been confined continuously since he surrendered to federal custody on October 10, 2017, until he was released to serve the remainder of his sentence on home confinement on May 1, 2020; and

*WHEREAS* it has been made to appear that the ends of justice do not require the said **WILLIAM T. WALTERS** to remain on confinement until his currently projected release date of January 10, 2022, and the safety of the community will not be compromised if he is released;

NOW, THEREFORE, BE IT KNOWN that I, **DONALD J. TRUMP**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **WILLIAM T. WALTERS**: I commute the 60-month prison sentence imposed upon the said **WILLIAM T. WALTERS** to time served. I leave intact and in effect the remaining one-year term of supervised release with all its conditions, the unpaid balances, if any, of his fine, restitution, forfeiture, and special assessment obligations, and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower, the Office of the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons, to the United States District Court for the Southern District of New York, and to the said **WILLIAM T. WALTERS** a certified copy of this document as evidence of my action in order to carry into effect the terms of this grant.

**I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant, to effect the immediate release of the said **WILLIAM T. WALTERS** with all possible speed.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this* thirteenth *day of January in the Year of Our Lord Two Thousand and Twenty-one and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**